IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 03-cr-00371-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JERRY PETERSON,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the Defendant's Motion for Expedited Sentencing Relief Pursuant to 18 U.S.C. § 3582(c)(2). The basis for Defendant's motion is the recent lowering of the United States Sentencing Guidelines for possession with intent to distribute "crack" cocaine, which would lead to a different guideline recommendation than that considered by me at the time of the original sentencing. As a consequence, consideration should be given to whether Defendant's term of imprisonment should be reduced after consideration of all the factors set forth in 18 U.S.C. § 3553(a).

    Defendant also requests that the Office of the Federal Public Defender be reappointed to represent the defendant.

    Accordingly, it is ordered:

    1. The Office of the Federal Public Defender is reappointed to represent the defendant;

2. Government counsel shall respond to the motion on or before August 25, 2008;

3. The United States Probation Office shall prepare and file an addendum or supplement to the Presentence Investigation Report on or before August 25, 2008, consistent with § 3582(c)(2), including public safety factors and post-sentencing conduct;

4. Counsel shall, in consultation with the probation officer, schedule a hearing for consideration of resentencing as promptly as possible; and

5. Counsel may file a sentencing statement at least 5 days prior to resentencing.

DATED at Denver, Colorado, on August 15, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge