IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 03-cr-00371-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JERRY PETERSON,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Resentencing (limited to ½ hour) will be held **September 10, 2008, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: August 26, 2008

                                                    s/ Jane Trexler, Judicial Assistant